DANIEL J. BRODERICK, #89424
Federal Defender
CARO MARKS, Bar #159267
Senior Litigator
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CESAR ARTURO OCHOA-ANDRADE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-08-189 EJG |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO CONTINUE |
| v. ) | STATUS CONFERENCE |
| ) | |
| CESAR ARTURO OCHOA-ANDRADE, ) | |
| ) | Date:  June 27, 2008 |
| Defendant. ) | Time:  10:00 a.m. |
| ) | Judge: Hon. Edward J. Garcia |
| _____ ) | |

It is hereby stipulated between the parties, Daniel McConkie, Assistant United States Attorney, attorney for Plaintiff, and Caro Marks, attorney for defendant Cesar Arturo Ochoa-Andrade, as follows:

The Status Conference date of June 13, 2008 should be continued until June 27, 2008.

The parties agree and stipulate to continue the matter to June 27, 2008 in order to provide sufficient time for receipt by the parties of the Pre-Plea Presentence Report and plea agreement, and to allow

1  sufficient time to review the PPPSR and plea agreement with the
2  defendant.
3      IT IS STIPULATED that the period from the signing of this Order
4  up to and including June 27, 2008 be excluded in computing the time
5  within which trial must commence under the Speedy Trial Act, pursuant
6  to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for continuity of
7  counsel and ongoing preparation of counsel.
8  Dated: June 11, 2008
9                                      Respectfully submitted,
10                                     DANIEL BRODERICK
                                       Federal Defender
11
12                                     /s/ Caro Marks
13                                   _____
                                     CARO MARKS
                                     Assistant Federal Defender
14                                   Attorney for Defendant
                                     CESAR ARTURO OCHOA-ANDRADE
15
16 Dated: June 11, 2008
17                                   MCGREGOR SCOTT
                                     United States Attorney
18
19                                   /s/ Daniel McConkie
20                                   DANIEL MCCONKIE
                                     Assistant U.S. Attorney
21
22                                   ORDER
23
24     UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
25 ordered that the status conference presently set for June 13, 2008, be
26 continued to June 27, 2008, at 10:00 a.m.  Based on the representation
27 of defense counsel and good cause appearing therefrom, the Court hereby
28 finds that the failure to grant a continuance in this case would deny

Name of Pleading: Ochoa-Andrade s/-2-

defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from this date to, and including, the June 27, 2008 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) and Local Code T-4, to allow defense counsel time to prepare.

Dated: June 11, 2008

/s/ Edward J. Garcia
EDWARD J. GARCIA
Senior United States District Judge

Name of Pleading: Ochoa-Andrade s/-3-