```
DANIEL BRODERICK, Bar #89424
Federal Defender
CARO MARKS, Bar #159267
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CESAR ARTURO OCHOA-ANDRADE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>           Plaintiff,  )<br>  )<br>     v.  )<br>  )<br>CESAR ARTURA OCHAO-ANDRADE,  )<br>  )<br>           Defendant.  )<br>  )<br>_____  ) | No. Cr-S-08-189 EJG<br><br>NOTICE OF HEARING<br><br>Date:   June 20, 2008<br>Time:   10:00 a.m.<br>Judge:  Edward J. Garcia |

    The current status conference date of June 27, 2008 @ 10:00 a.m. is being **advanced** to June 20, 2008 for a change of plea and sentencing.

    All parties including the courtroom clerk have been notified and are in agreement to this continuance.

Dated: June 18, 2008                    Respectfully submitted,

```
                                        DANIEL BRODERICK
                                        Federal Defender

                                        /s/ Caro Marks
                                        _____
                                        CARO MARKS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        CESAR ARTURO OCHOA-ANDRADE
```

    IT IS SO ORDERED, June 18, 2008.

```
                                        /s/ Edward J. Garcia
                                        EDWARD J. GARCIA
                                        SENIOR U.S. DISTRICT JUDGE
```